IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY JOSEPH PAHULA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 09-4243 |
| | : | |
| **MICHAEL M. BOUSHELL**, *et al.* | : | |

### ORDER

**AND NOW**, this 22nd day of October, 2009, it is **ORDERED** as follows:

1.  The application to proceed *in forma pauperis* (Document No. 1) is **DENIED WITHOUT PREJUDICE**;

2.  If plaintiff files with the Clerk within twenty (20) days from the date of this Order a certified copy of his inmate trust fund account statement for the six-month period preceding the filing of his complaint and obligates himself to pay the $350.00 filing fee, this action will be reinstated; and

3.  The Clerk of Court shall **CLOSE** this action statistically.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.